IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

STEVEN SCOTT BADER                                                                    PLAINTIFF
ADC #96787

VS.                              CASE NO. 2:05CV00005 GH

PAULETTE GREEN, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that defendants' motion to dismiss is hereby granted and plaintiff's complaint against defendants is dismissed with prejudice, for failure to state a claim.

SO ADJUDGED this 11th day of December, 2006

_____
UNITED STATES DISTRICT JUDGE